UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| DANA L. BESKY, | ) | |
| | ) | |
|     *Plaintiff,* | ) | Case No. 2:16cv650 |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | |
| CURTIS ALEXANDER MOORE, | ) | |
| | ) | |
|     *Defendant.* | ) | |

## MOTION TO COMPEL

*Comes Now* the Defendant, CURTIS ALEXANDER MOORE, by counsel, and moves this Court for entry of an Order compelling the Plaintiff, DANA L. BESKY, to submit to a physical examination pursuant to Rule 35 of the Federal Rules of Civil Procedure with Dr. John Williamson at Virginia Beach Premier Medical, 1860 Colonial Medical Court, Virginia Beach, VA 23454, on May 24, 2017 at 11:00 a.m.

                                                            CURTIS ALEXANDER MOORE

                                    By_____/s/_____
                                            Todd M. Fiorella, Esquire
                                            Virginia State Bar No. 30238
                                            Patrick J. Genova, Esquire
                                            Virginia State Bar No. 87555
                                            Attorneys for Defendant
                                            Fraim & Fiorella, P.C.
                                            150 Boush Street, Suite 601
                                            Norfolk, Virginia 23510
                                            Telephone: (757) 227-5900
                                            Fax: (757) 227-5901
                                            tmfiorella@ff-legal.com
                                            pgenova@ff-legal.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May 2017, I will electronically file the foregoing Motion to Compel with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Christopher Paul Saady, Esquire
Attorney for Plaintiff
Marcari, Russotto, Spencer & Balaban, P.C.
501 Baylor Court, Suite 200
Chesapeake, VA 23320
Telephone: (757) 963-2800
Facsimile (757) 963-0750
ChrisS@MRSLawfirm.com
Counsel for Plaintiff

BY: ___/s/_____
Todd M. Fiorella, Esquire